(Official Form 1) (9/97)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FOSTER, LYNN E.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**FOSTER, BARBARA L.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**XXX-XX-9265** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**XXX-XX-2170** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5347 WILDERNESS TRAIL**<br>**ROCKFORD, IL 61114** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**5347 WILDERNESS TRAIL**<br>**ROCKFORD, IL 61114** |
| County of Residence or of the<br>Principal Place of Business:   **WINNEBAGO** | County of Residence or of the<br>Principal Place of Business:   **WINNEBAGO** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____ | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business    ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1)(9/97)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**FOSTER, LYNN E.**<br>**FOSTER, BARBARA L.** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**FOSTER INDUSTRIAL, INC.** | Case Number:<br>**04-B-70924** | Date Filed:<br>**2/24/04** |
|---|---|---|
| District:<br>**NORTHERN DISTRICT OF IL/WESTERN DIVISION** | Relationship:<br>**SHAREHOLDER/OWNER** | Judge:<br>**BARBOSA** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Lynne E. Foster_<br>Signature of Debtor **LYNN E. FOSTER**<br><br>X _Barbara L. Foster_<br>Signature of Joint Debtor **BARBARA L. FOSTER**<br><br>Telephone Number (If not represented by attorney)<br>_9-21-04_<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date |
| **Signature of Attorney**<br><br>X _Jason H. Rock_<br>Signature of Attorney for Debtor(s)<br><br>**JASON H. ROCK**<br>Printed Name of Attorney for Debtor(s)<br><br>**BARRICK SWITZER LAW OFFICE**<br>Firm Name<br>**ONE MADISON STREET**<br>**ROCKFORD, IL  61104**<br>Address<br><br>**(815) 962-6611**<br>Telephone Number  _9-21-04_<br>Date | **Signature of Non-Attorney Petition Preparer**<br><br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer |
| **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _Jason H. Rock_      _9/21/04_<br>Signature of Attorney for Debtor(s)      Date | _____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **LYNN E. FOSTER,**
**BARBARA L. FOSTER**

                     Debtors

Case No.   **04 B**

Chapter   **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 275,000.00 | | |
| B - Personal Property | Yes | 4 | 75,848.34 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 267,366.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 156,421.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 228,916.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,286.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,293.00 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 350,848.34 | | |
| Total Liabilities | | | | 652,703.95 | |

In re    **LYNN E. FOSTER,**
    **BARBARA L. FOSTER**

Case No. _____**04 B**_____

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **SINGLE FAMILY RESIDENCE**<br>**5347 WILDERNESS TRAIL**<br>**ROCKFORD, IL  61114** | **FEE SIMPLE** | **J** | **275,000.00** | **247,500.00** |

|  | Sub-Total > | **275,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **275,000.00** |  |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **LYNN E. FOSTER,**
      **BARBARA L. FOSTER**

Case No. _____ **04 B** _____

Debtors

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH ON HAND** | J | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JOINT CHECKING ACCOUNT AT AMCORE BANK** | J | 150.00 |
| | | **JOINT SAVINGS ACCOUNT AT AMCORE BANK** | J | 0.00 |
| | | **JOINT SAVINGS ACCOUNT AT ALPINE BANK** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **2 PERSONAL COMPUTERS; HUTCH; 1 DESK; DINING ROOM TABLE; 2 ENTERTAINMENT CENTERS; 4 COUCHES; BEDROOM SET; 3 CHILDREN'S FURNITURE SETS; 4 TVS; 1 DVD; 1 VCR; 1 CAMCORDER; 1 DIGITAL CAMERA; KITCHEN TABLE & CHAIRS; PATIO SET; LAWN MAINTENANCE EQUIPMENT; AND OTHER RANDOM HOUSEHOLD ARTICLES** | J | 7,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **2 CHINA SETS** | J | 300.00 |
| | | **CRYSTAL GLASS WARE** | J | 150.00 |
| 6. Wearing apparel. | | **STANDARD WEARING APPAREL** | J | 500.00 |
| 7. Furs and jewelry. | | **1 FUR COAT** | W | 150.00 |
| | | **WEDDING RING** | W | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **GOLF CLUBS** | H | 150.00 |
| | | **ROAD BIKE** | H | 800.00 |

Sub-Total >     10,725.00
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **LYNN E. FOSTER,**
        **BARBARA L. FOSTER**

Case No. ____04 B____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | TREADMILL; FREE WEIGHT SET; AND SOLO FLEX MACHINE | J | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | TERM POLICY WITH $1,000,000 DEATH BENEFIT | H | 1.00 |
| | | TERM POLICY WITH $500,000 DEATH BENEFIT | W | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | JANUS RETIREMENT IRA | W | 3,465.35 |
| | | JANUS RETIREMENT ACCOUNT | J | 3,640.59 |
| | | JANUS RETIREMENT IRA | H | 1,932.59 |
| | | MFS IRA | W | 521.03 |
| | | MFS IRA | H | 2,526.07 |
| | | RAYMOND JAMES RETIREMENT ACCOUNT | J | 33,633.71 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% OWNERSHIP INTEREST IN FOSTER INDUSTRIAL, INC. | H | 1.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >       **46,222.34**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492 8037                    Best Case Bankruptcy

In re   **LYNN E. FOSTER,**
    **BARBARA L. FOSTER**

Case No. ____**04 B**_____

Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | 4 SOLDIER FIELD/CHICAGO BEAR PERSONAL SEAT LICENSES | H | 1.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 FORD EXPLORER | J | 16,000.00 |
| | | 1995 CHRYSLER LHS | J | 2,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | 1 DESK; 1 PERSONAL COMPUTER; PRINTER/FAX | H | 400.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

Sub-Total >       **18,901.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, Il - (800) 492-8037        Best Case Bankruptcy

In re    **LYNN E. FOSTER,**                                    Case No. _____**04 B**_____
          **BARBARA L. FOSTER**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | | | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|---|---|
|  | | | Total > | 75,848.34 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **LYNN E. FOSTER,**
**BARBARA L. FOSTER**

Case No. _____ **04 B** _____

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☑ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **Real Property** | | | |
| SINGLE FAMILY RESIDENCE 5347 WILDERNESS TRAIL ROCKFORD, IL 61114 | 735 ILCS 5/12-901 | 15,000.00 | 275,000.00 |
| **Cash on Hand** | | | |
| CASH ON HAND | 735 ILCS 5/12-1001(b) | 25.00 | 25.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| JOINT CHECKING ACCOUNT AT AMCORE BANK | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| **Household Goods and Furnishings** | | | |
| 2 PERSONAL COMPUTERS; HUTCH; 1 DESK; DINING ROOM TABLE; 2 ENTERTAINMENT CENTERS; 4 COUCHES; BEDROOM SET; 3 CHILDREN'S FURNITURE SETS; 4 TVS; 1 DVD; 1 VCR; 1 CAMCORDER; 1 DIGITAL CAMERA; KITCHEN TABLE & CHAIRS; PATIO SET; LAWN MAINTENANCE EQUIPMENT; AND OTHER RANDOM HOUSEHOLD ARTICLES | 735 ILCS 5/12-1001(b) | 3,823.00 | 7,500.00 |
| **Wearing Apparel** | | | |
| STANDARD WEARING APPAREL | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Interests in Insurance Policies** | | | |
| TERM POLICY WITH $1,000,000 DEATH BENEFIT | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| TERM POLICY WITH $500,000 DEATH BENEFIT | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| JANUS RETIREMENT IRA | 735 ILCS 5/12-704 | 3,465.35 | 3,465.35 |
| JANUS RETIREMENT ACCOUNT | 735 ILCS 5/12-704 | 3,640.59 | 3,640.59 |
| JANUS RETIREMENT IRA | 735 ILCS 5/12-704 | 1,932.59 | 1,932.59 |
| MFS IRA | 735 ILCS 5/12-704 | 521.03 | 521.03 |
| MFS IRA | 735 ILCS 5/12-704 | 2,526.07 | 2,526.07 |
| RAYMOND JAMES RETIREMENT ACCOUNT | 735 ILCS 5/12-704 | 33,633.71 | 33,633.71 |

__1__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **LYNN E. FOSTER,**
        **BARBARA L. FOSTER**

Case No. _____ **04 B** _____

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 FORD EXPLORER** | **735 ILCS 5/12-1001(c)** | **1,200.00** | **16,000.00** |
| **1995 CHRYSLER LHS** | **735 ILCS 5/12-1001(c)** | **1,200.00** | **2,500.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **1 DESK; 1 PERSONAL COMPUTER; PRINTER/FAX** | **735 ILCS 5/12-1001(d)** | **400.00** | **400.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **LYNN E. FOSTER,**
　　　　**BARBARA L. FOSTER**

Case No. ____**04 B**____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> AMCORE BANK, NA <br> 501 - 7TH STREET <br> ROCKFORD, IL 61104 | | J | PURCHASE MONEY LOAN <br><br> 2002 FORD EXPLORER <br><br> Value $　　　　16,000.00 | | | | 19,866.00 | 3,866.00 |
| Account No. <br><br> AMCORE BANK, NA. <br> 501 - 7TH STREET <br> ROCKFORD, IL 61104 | | J | FIRST MORTGAGE LOAN <br><br> SINGLE FAMILY RESIDENCE <br> 5347 WILDERNESS TRAIL <br> ROCKFORD, IL  61114 <br> Value $　　　275,000.00 | | | | 247,500.00 | 0.00 |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |

__0__  continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 267,366.00 | |
| Total <br> (Report on Summary of Schedules) | 267,366.00 | |

Copyright (c) 1993-1999 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **LYNN E. FOSTER,**
 **BARBARA L. FOSTER**

Case No.  **04 B**

Debtors

# SCHEDULE E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1**   continuation sheets attached

In re   **LYNN E. FOSTER,**
       **BARBARA L. FOSTER**

Case No. _____**04 B**_____

_____
Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | |
| **IL DEPT. OF REVENUE ATTN: JANE M. STROUD 200 S. WYMAN ROCKFORD, IL 61101** | | J | **SALES & USE TAX AUDIT COMPLETED FEBRUARY 2004** | | | X | **156,421.00** | **109,370.00** |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |

Sheet __**1**__ of __**1**__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **156,421.00** |
| Total (Report on Summary of Schedules) | **156,421.00** |

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **LYNN E. FOSTER,**                                          Case No.   __04 B__
        **BARBARA L. FOSTER**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ACTIVE ELECTRIC SUPPLY CO. 4240 W. LAWRENCE AVE. CHICAGO, IL 60630 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. ADI 509 BUSSE ROAD ELK GROVE, IL 60007 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. AFFORDABLE CABLING 1726 MOBILEHOME AVENUE ROCKFORD, IL 61109 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. ALL CONTRACTORS, INC. 4949 - 26TH AVENUE ROCKFORD, IL 61109 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. | | | | 1.00 |

**16** continuation sheets attached

Subtotal
(Total of this page)          4.00

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **LYNN E. FOSTER,**
**BARBARA L. FOSTER,**

Case No. ____04 B____

_____Debtors_____

## SCHEDULE F -   CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| **Account No.** | | | | | | | |
| **AMERICAN MARKETING & PUBLISHING**<br>**P.O. BOX 801**<br>**DEKALB, IL 60115** | X | H | **NOTICE ONLY FOR FOSTER INDUSTRIAL, INC.** | | | | 1.00 |
| **Account No.** | | | | | | | |
| **ATTORNEY DAVID L. WENTWORTH**<br>**BANK ONE BUILDING**<br>**124 S.W. ADAMS STREET, SUITE 360**<br>**PEORIA, IL 61602-1320** | X | H | **COLLECTION FOR SPRINGFIELD ELECTRIC SUPPLY COMPANY** | | | | 2,646.56 |
| **Account No.** | | | | | | | |
| **ATTORNEY DONALD L. SHRIVER**<br>**401 W. STATE STREET**<br>**SUITE 701**<br>**ROCKFORD, IL 61101-1296** | X | H | **NOTICE ONLY FOR EESCO** | | | | 1.00 |
| **Account No.** | | | | | | | |
| **ATTORNEY KEITH HYZER**<br>**855 N. MADISON STREET**<br>**ROCKFORD, IL 61104** | | J | **NOTICE ONLY - FORECLOSURE SUIT** | | | | 1.00 |
| **Account No.** | | | | | | | |
| **ATTORNEY LAUREN NEWMAN**<br>**C/O STEINER ELECTRIC CO.**<br>**55 E. MONROE STREET, 40TH FLOOR**<br>**CHICAGO, IL 60603** | | J | **NOTICE ONLY - FORECLOSURE SUIT** | | | | 1.00 |

Sheet no.   **1**   of   **16**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,650.56

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    LYNN E. FOSTER,                                      Case No. _____ **04 B** _____
         BARBARA L. FOSTER

_____
                                Debtors

# SCHEDULE F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ATTORNEY MARGERY NEWMAN RE: EESCO TWO 1ST NATIONAL PLAZA, 25TH FLOOR CHICAGO, IL 60603-1891 | X | H | PERSONAL GUARANTEE OF CORPORATE VENDOR DEBT RE: EESCO | | | | 36,054.03 |
| Account No. | | | | | | | |
| ATTORNEY MICHELLE COURIER 19333 E. GRANT HIGHWAY P.O. BOX 5 MARENGO, IL 60152 | | J | NOTICE FOR EVERGREEN OAK ELECTRIC SUPPLY & SALES CO. | | | | 4,678.66 |
| Account No. | | | | | | | |
| ATTORNEY TOM LESTER RE: ASSOCIATED BANK P.O. BOX 1389 ROCKFORD, IL 61105 | X | J | PERSONAL GUARANTEE OF FOSTER INDUSTRIAL, INC. INDEBTEDNESS TO ASSOCIATED BANK, NA. | | | | 125,000.00 |
| Account No. | | | | | | | |
| AUTOMATIC FIRE CONTROLS, INC. 130 ARMORY DRIVE SOUTH HOLLAND, IL 60473 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. | | | | | | | |
| B&H INDUSTRIES 80 W. SEEGERS ARLINGTON HEIGHTS, IL 60005 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no.  **2**  of  **16**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            165,734.69

Copyright (c) 1993-1999 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **LYNN E. FOSTER,**
     **BARBARA L. FOSTER**

Case No. _____**04 B**_____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**BERTEL PETERSON COMPANY**<br>**9902 N. ALPINE ROAD**<br>**MACHESNEY PARK, IL 61115** | X | H | | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | **1.00** |
| Account No.<br><br>**BOC GASES**<br>**P.O. BOX 371914**<br>**PITTSBURGH, PA 15251-7914** | X | H | | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | **1.00** |
| Account No.<br><br>**CABLE PLUS, INC.**<br>**659 S. ELMWOOD, STE. 100**<br>**AURORA, IL 60506** | X | H | | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | **1.00** |
| Account No.<br><br>**CED CREDIT OFFICE**<br>**P.O. BOX 085540**<br>**RACINE, WI 53408** | X | H | | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | **1.00** |
| Account No.<br><br>**CHOICE ONE COMMUNICATIONS**<br>**P.O. BOX 1927**<br>**ALBANY, NY 12201-1927** | X | H | | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | **1.00** |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5.00**

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **LYNN E. FOSTER,**                                    Case No. ___**04 B**_____
         **BARBARA L. FOSTER**
         _____
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CINTAS CORPORATION #355** **5100 - 26TH AVENUE** **ROCKFORD, IL 61109-1706** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. **CITY OF ROCKFORD** **425 E. STATE STREET** **ROCKFORD, IL 61104** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. **CRESCENT ELECTRIC SUPPLY CO.** **P.O. BOX 6083** **ROCKFORD, IL 61125-1083** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. **CREST LIGHTING** **ATTN: NORMAN COWIE** **P.O. BOX 549** **CRESTWOOD, IL 60445** | | H | PERSONAL GUARANTEE OF CORPORATE VENDOR DEBT. | | | | 4,614.43 |
| Account No. **D.B.S. CONTRACTING, INC.** **24 WEST 545 LAKE STREET** **ROSELLE, IL 60172** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. | | | | 1.00 |

Sheet no. **4** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4,618.43**

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **LYNN E. FOSTER,**
        **BARBARA L. FOSTER**                  Case No.    **04 B**

Debtors

# SCHEDULE F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DOOR AUTHORITY OF ROCKFORD 9450 FOREST HILLS ROAD LOVES PARK, IL 61111** | X | H | **NOTICE ONLY FOR FOSTER INDUSTRIAL, INC.** | | | | **1.00** |
| Account No. <br><br> **DR. STILLWATER COMPANY 11065 RALEGH COURT MACHESNEY PARK, IL 61115** | X | H | **NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS** | | | | **1.00** |
| Account No. <br><br> **E.J. CATTANI & SON, INC. P.O. BOX 485 LADD, IL 61329** | X | H | **NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS** | | | | **1.00** |
| Account No. <br><br> **ELECTRICAL ENLIGHTENMENT 26765 ROYALTON ROAD COLUMBIA STATION, OH 44028** | X | H | **NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS** | | | | **1.00** |
| Account No. <br><br> **ELFCO 7613 WEST 100TH PLACE BRIDGEVIEW, IL 60455** | | H | **NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS** | | | | **1.00** |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5.00**

Copyright (c) 1993-1998  Best Case Solutions, Inc.  Evanston, IL  (800) 492-8037        Best Case Bankruptcy

In re    **LYNN E. FOSTER,**
**BARBARA L. FOSTER**

Case No. _____**04 B**_____

Debtors

# SCHEDULE F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **ENGLEWOOD** P.O. BOX 802578 CHICAGO, IL 60680-2578 | X | H | | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. **ENVIRONMENTAL CONTRACTORS OF IL** P.O. BOX 2071 LOVES PARK, IL 61130-0071 | X | H | | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. **EQUITABLE OF IOWA** 119 3RD ST., N.E. STE. 333 CEDAR RAPIDS, IA 52401 | X | H | | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. **EVERGREEN OAK ELECTRIC SUPPLY** P.O. BOX 549 CRESTWOOD, IL 60445-0549 | X | H | | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. **FARADAY, LLC** P.O. BOX 945529 ATLANTA, GA 30394-5529 | X | H | | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no. __**6**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.00

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   LYNN E. FOSTER,
BARBARA L. FOSTER

Case No. _____ **04 B**

Debtors

## SCHEDULE F -   CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **FASTENAL COMPANY** P.O. BOX 978 WINONA, MN 55987-0978 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. **FERGUSON ENTERPRISES, INC.** 4250 MCFARLAND ROAD LOVES PARK, IL 61111 | X | H | PERSONAL GUARANTEE OF CORPORATE VENDOR DEBT | | | | 5,000.00 |
| Account No. **FOX METRO W.R.D.** 682 STATE ROUTE 31 OSWEGO, IL 60543 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. **GE SUPPLY** 3415 PRECISION DRIVE ROCKFORD, IL 61109 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. **GRAINGER EQUIPMENT** DEPT. 664 - 848282463 PALATINE, IL 60038-0001 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,004.00

Copyright (c) 1993-1998   Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   LYNN E. FOSTER,                                   Case No.    04 B
        BARBARA L. FOSTER

_____
Debtors

# SCHEDULE F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> GRAYBAR ELECTRIC COMPANY <br> 12431 COLLECTIONS CENTER DR. <br> CHICAGO, IL 60693 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> HAAS CONSTRUCTION <br> 3025 WELDON ROAD <br> ROCKFORD, IL 61102 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> IMPRESSIONS ON HOLD <br> 51 EAST 42ND STREET <br> NEW YORK, NY 10017 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> J.P. MACHINE SALES, INC. <br> 4999 TORQUE ROAD <br> LOVES PARK, IL 61111 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> JAY-TRONICS,, INC. <br> 124-128 NORTH ROCKTON AVENUE <br> ROCKFORD, IL 61103-6693 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no.   8   of   16   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      5.00

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **LYNN E. FOSTER,**
       **BARBARA L. FOSTER**
                     Debtors

Case No.    **04 B**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| JOHNSTONE SUPPLY 145 LIVELY BLVD. STE. C ELK GROVE, IL 60007 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. | | | | | | | |
| KURT'S AUTO & TRUCK CENTER, INC. 5730 WANSFORD WAY ROCKFORD, IL 61109 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. | | | | | | | |
| LARSON SHEET METAL, INC. 6419 MATERIAL AVE. LOVES PARK, IL 61111-4247 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. | | | | | | | |
| LEE EXCAVATING, INC. 9822 QUEEN OAKS DRIVE MACHESNEY PARK, IL 61111 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. | | | | | | | |
| LIEBOVICH STEEL & ALUMINUM CO. 75 REMITTANCE DRIVE SUITE 1514 CHICAGO, IL 60675-1514 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no.  **9**  of  **16**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5.00**

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    LYNN E. FOSTER,                                          Case No.    04 B
         BARBARA L. FOSTER

                                        Debtors

## SCHEDULE F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> MACGREGOR AUTOMATION CONTROLS <br> 41W116 PALOMINO DRIVE <br> ST. CHARLES, IL 60175 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> MATERIAL HANDLING SERVICES, INC. <br> 4414 - 11TH STREET <br> ROCKFORD, IL 61109 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> MEDRANO'S LANDSCAPE <br> LOCKPORT, IL 60441 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> METROLIFT, INC. <br> 679 HEARTLAND DRIVE <br> SUGAR GROVE, IL 60554 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> MID-WEST ASSOCIATED, INC. <br> 225 SOUTH 6TH STREET <br> ROCKFORD, IL 61104-1188 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no. __10_ of _16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      5.00

In re    **LYNN E. FOSTER,**
         **BARBARA L. FOSTER**

Case No.    **04 B**

_____
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MILLER ELECTRIC, INC.** <br> **4539 ZUNI TRAIL** <br> **ROCKFORD, IL 61101** | X | H | **PERSONAL GUARANTEE OF PAYMENT OBLIGATIONS FOR MAIN ELECTRIC ASSET SALE** | | | | **50,846.27** |
| Account No. <br><br> **MILLER ELECTRIC, INC.** <br> **4539 ZUNI TRAIL** <br> **ROCKFORD, IL 61101** | | H | **NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS** | | | | **1.00** |
| Account No. <br><br> **MULTIMEDIA SALES** <br> **925 N. MILWAUKEE AVENUE** <br> **WHEELING, IL 60090** | X | H | **NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS** | | | | **1.00** |
| Account No. <br><br> **NAPER AUTO WORKS, INC.** <br> **320 N. MILL STREET** <br> **NAPERVILLE, IL 60540** | X | H | **NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS** | | | | **1.00** |
| Account No. <br><br> **NICHOLSON HARDWARE** <br> **1131 SECOND AVENUE** <br> **ROCKFORD, IL 61104-2256** | X | H | **NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS** | | | | **1.00** |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,850.27**

Copyright (c) 1993-1998  Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **LYNN E. FOSTER,**
      **BARBARA L. FOSTER**

Case No.   **04 B**

Debtors

## SCHEDULE F -   CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>NMO PARTNERS, LLC<br>301 E. SOMONAUK<br>YORKVILLE, IL 60560 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No.<br><br>NORSTAR MECHANICAL INDUSTRIES<br>2121 - 15TH STREET<br>ROCKFORD, IL 61104 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No.<br><br>NORTHEASTERN IL NECA<br>31W007 NORTH AVENUE<br>SUITE 100<br>WEST CHICAGO, IL 60185 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No.<br><br>OFFICE EQUIPMENT SPECIALISTS<br>800 OGDEN AVE., APT. 5<br>DOWNERS GROVE, IL 60515 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No.<br><br>OGLETREE DEAKINS, NASH, ET AL.<br>ATTN: MARGERY NEWMAN<br>2 FIRST NATIONAL PLAZA, 25TH FLOOR<br>CHICAGO, IL 60603 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no.  **12**  of  **16**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5.00**

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    LYNN E. FOSTER,
BARBARA L. FOSTER

Case No. ____ **04 B** _____

Debtors

# SCHEDULE F -   CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>OGLETREE, DEAKINS, NASH ET AL.<br>TWO FIRST NATIONAL PLAZA<br>25TH FLOOR<br>CHICAGO, IL 60603 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No.<br><br>PETERSON BITS, FASTENERS & TOOLS<br>4988 TORQUE ROAD<br>LOVES PARK, IL 61111 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No.<br><br>POTTER FORM & TIE CO.<br>4521 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No.<br><br>REFLECTIONS II<br>12345 WOODCHUCK DRIVE<br>BELVIDERE, IL 61008 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No.<br><br>RENTAL SERVICE CORPORATION<br>P.O. BOX 840514<br>DALLAS, TX 75284-0514 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no. __ **13** __ of __ **16** __ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.00

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    LYNN E. FOSTER,                                    Case No. ____04 B_____
          BARBARA L. FOSTER
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>ROCKFORD BUSINESS SYSTEMS<br>5452 N. 2ND STREET<br>LOVES PARK, IL 61111 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br>ROCKFORD INDUSTRIAL WELDING<br>4646 LINDEN ROAD<br>P.O. BOX 5404<br>ROCKFORD, IL 61125-0404 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br>ROCKFORD RIGGIN<br>5401 MAIN SAIL<br>ROSCOE, IL 61073 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br>SIMPLEX GRINNELL<br>DEPT. CH 10320<br>PALATINE, IL 60055-0320 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br>SPRINGFIELD ELECTRIC<br>737 N. MADISON STREET<br>P.O. BOX 297<br>ROCKFORD, IL 61105 | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      5.00

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **LYNN E. FOSTER,**                                    Case No. _____ **04 B**
**BARBARA L. FOSTER**
_____
Debtors

## SCHEDULE F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **STEINER ELECTRIC** <br> **135 S. LASALLE, DEPT. 2665** <br> **CHICAGO, IL 60674-2665** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> **THE CABLE COMPANY, INC.** <br> **498 BONNIE LANE** <br> **ELK GROVE, IL 60007** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. | | | | 1.00 |
| Account No. <br><br> **THE JOSEPH STARK COMPANY** <br> **3106 FOLIAGE LANE** <br> **ROCKFORD, IL 61109** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> **THE KUEHNE GROUP, INC.** <br> **5121 DAILETTE DRIVE** <br> **ROCKFORD, IL 61102** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> **THRALL DISTRIBUTION** <br> **4558 COLLECTIONS CENTER DRIVE** <br> **CHICAGO, IL 60693** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no. __ **15** of **16** __ sheets attached to Schedule of                    Subtotal          **5.00**
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

In re   **LYNN E. FOSTER,**
    **BARBARA L. FOSTER**

Case No.____**04 B**_____

_____
Debtors

## SCHEDULE F -   CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **TWIN CITY SUPPLY, INC.** <br> **P.O. BOX 6011** <br> **ROCKFORD, IL 61125** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> **UNIFIED SUPPLY, INC.** <br> **1211 SOUTH BRIDGE STREET** <br> **YORKVILLE, IL 60560** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> **UNITED RENTALS** <br> **4 CURRENCY DRIVE** <br> **BLOOMINGTON, IL 61701** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> **WELCH BROTHERS, INC.** <br> **1000 TOWN HALL ROAD** <br> **BELVIDERE, IL 61008** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |
| Account No. <br><br> **WINDY CITY WIRE** <br> **SLOT C-58** <br> **P.O. BOX 66973** <br> **CHICAGO, IL 60666-0973** | X | H | NOTICE ONLY FOR FOSTER INDUSTRIAL, INC. ACCOUNTS | | | | 1.00 |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
    **5.00**

Total
(Report on Summary of Schedules)
    **228,916.95**

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **LYNN E. FOSTER,**             Case No. _____ **04 B** _____
         **BARBARA L. FOSTER**

_____
                                    Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

  **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1993-1996 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **LYNN E. FOSTER,**
    **BARBARA L. FOSTER**

Case No. _____**04 B**_____

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ACTIVE ELECTRIC SUPPLY CO.<br>4240 W. LAWRENCE AVE.<br>CHICAGO, IL 60630 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ADI<br>509 BUSSE ROAD<br>ELK GROVE, IL 60007 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | AFFORDABLE CABLING<br>1726 MOBILEHOME AVENUE<br>ROCKFORD, IL 61109 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ALL CONTRACTORS, INC.<br>4949 - 26TH AVENUE<br>ROCKFORD, IL 61109 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | AMERICAN MARKETING & PUBLISHING<br>P.O. BOX 801<br>DEKALB, IL 60115 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ATTORNEY DONALD L. SHRIVER<br>401 W. STATE STREET<br>SUITE 701<br>ROCKFORD, IL 61101-1296 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | AUTOMATIC FIRE CONTROLS, INC.<br>130 ARMORY DRIVE<br>SOUTH HOLLAND, IL 60473 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | B&H INDUSTRIES<br>80 W. SEEGERS<br>ARLINGTON HEIGHTS, IL 60005 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | BERTEL PETERSON COMPANY<br>9902 N. ALPINE ROAD<br>MACHESNEY PARK, IL 61115 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | BOC GASES<br>P.O. BOX 371914<br>PITTSBURGH, PA 15251-7914 |

**6** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **LYNN E. FOSTER,**                                       Case No. ____**04 B**_____
        **BARBARA L. FOSTER**

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ACTIVE ELECTRIC SUPPLY CO.<br>4240 W. LAWRENCE AVE.<br>CHICAGO, IL 60630 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ADI<br>509 BUSSE ROAD<br>ELK GROVE, IL 60007 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | AFFORDABLE CABLING<br>1726 MOBILEHOME AVENUE<br>ROCKFORD, IL 61109 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ALL CONTRACTORS, INC.<br>4949 - 26TH AVENUE<br>ROCKFORD, IL 61109 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | AMERICAN MARKETING & PUBLISHING<br>P.O. BOX 801<br>DEKALB, IL 60115 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ATTORNEY DONALD L. SHRIVER<br>401 W. STATE STREET<br>SUITE 701<br>ROCKFORD, IL 61101-1296 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | AUTOMATIC FIRE CONTROLS, INC.<br>130 ARMORY DRIVE<br>SOUTH HOLLAND, IL 60473 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | B&H INDUSTRIES<br>80 W. SEEGERS<br>ARLINGTON HEIGHTS, IL 60005 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | BERTEL PETERSON COMPANY<br>9902 N. ALPINE ROAD<br>MACHESNEY PARK, IL 61115 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | BOC GASES<br>P.O. BOX 371914<br>PITTSBURGH, PA 15251-7914 |

__6__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492 8037

In re     **LYNN E. FOSTER,**
      **BARBARA L. FOSTER**

Case No. _____ **04 B** _____

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | CABLE PLUS, INC.<br>659 S. ELMWOOD, STE. 100<br>AURORA, IL 60506 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | CED CREDIT OFFICE<br>P.O. BOX 085540<br>RACINE, WI 53408 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | CHOICE ONE COMMUNICATIONS<br>P.O. BOX 1927<br>ALBANY, NY 12201-1927 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | CINTAS CORPORATION #355<br>5100 - 26TH AVENUE<br>ROCKFORD, IL 61109-1706 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | CITY OF ROCKFORD<br>425 E. STATE STREET<br>ROCKFORD, IL 61104 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | CRESCENT ELECTRIC SUPPLY CO.<br>P.O. BOX 6083<br>ROCKFORD, IL 61125-1083 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | D.B.S. CONTRACTING, INC.<br>24 WEST 545 LAKE STREET<br>ROSELLE, IL 60172 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | DOOR AUTHORITY OF ROCKFORD<br>9450 FOREST HILLS ROAD<br>LOVES PARK, IL 61111 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | DR. STILLWATER COMPANY<br>11065 RALEGH COURT<br>MACHESNEY PARK, IL 61115 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | E.J. CATTANI & SON, INC.<br>P.O. BOX 485<br>LADD, IL 61329 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ELECTRICAL ENLIGHTENMENT<br>26765 ROYALTON ROAD<br>COLUMBIA STATION, OH 44028 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ENGLEWOOD<br>P.O. BOX 802578<br>CHICAGO, IL 60680-2578 |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **LYNN E. FOSTER,**           Case No. _____**04 B**_____
        **BARBARA L. FOSTER**

                                    Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ENVIRONMENTAL CONTRACTORS OF IL<br>P.O. BOX 2071<br>LOVES PARK, IL 61130-0071 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | EQUITABLE OF IOWA<br>119 3RD ST., N.E. STE. 333<br>CEDAR RAPIDS, IA 52401 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | EVERGREEN OAK ELECTRIC SUPPLY<br>P.O. BOX 549<br>CRESTWOOD, IL 60445-0549 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | FARADAY, LLC<br>P.O. BOX 945529<br>ATLANTA, GA 30394-5529 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | FASTENAL COMPANY<br>P.O. BOX 978<br>WINONA, MN 55987-0978 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | FOX METRO W.R.D.<br>682 STATE ROUTE 31<br>OSWEGO, IL 60543 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | GE SUPPLY<br>3415 PRECISION DRIVE<br>ROCKFORD, IL 61109 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | GRAINGER EQUIPMENT<br>DEPT. 664 - 848282463<br>PALATINE, IL 60038-0001 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | GRAYBAR ELECTRIC COMPANY<br>12431 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | HAAS CONSTRUCTION<br>3025 WELDON ROAD<br>ROCKFORD, IL 61102 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | IMPRESSIONS ON HOLD<br>51 EAST 42ND STREET<br>NEW YORK, NY 10017 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | J.P. MACHINE SALES, INC.<br>4999 TORQUE ROAD<br>LOVES PARK, IL 61111 |

Sheet  **2**  of  **6**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    LYNN E. FOSTER,                                                    Case No. ____04 B_____
         BARBARA L. FOSTER

Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | JAY-TRONICS,, INC.<br>124-128 NORTH ROCKTON AVENUE<br>ROCKFORD, IL 61103-6693 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | JOHNSTONE SUPPLY<br>145 LIVELY BLVD. STE. C<br>ELK GROVE, IL 60007 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | KURT'S AUTO & TRUCK CENTER, INC.<br>5730 WANSFORD WAY<br>ROCKFORD, IL 61109 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | LARSON SHEET METAL, INC.<br>6419 MATERIAL AVE.<br>LOVES PARK, IL 61111-4247 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | LEE EXCAVATING, INC.<br>9822 QUEEN OAKS DRIVE<br>MACHESNEY PARK, IL 61111 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | LIEBOVICH STEEL & ALUMINUM CO.<br>75 REMITTANCE DRIVE<br>SUITE 1514<br>CHICAGO, IL 60675-1514 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | MACGREGOR AUTOMATION CONTROLS<br>41W116 PALOMINO DRIVE<br>ST. CHARLES, IL 60175 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | MATERIAL HANDLING SERVICES, INC.<br>4414 - 11TH STREET<br>ROCKFORD, IL 61109 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | MEDRANO'S LANDSCAPE<br>LOCKPORT, IL 60441 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | METROLIFT, INC.<br>679 HEARTLAND DRIVE<br>SUGAR GROVE, IL 60554 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | MID-WEST ASSOCIATED, INC.<br>225 SOUTH 6TH STREET<br>ROCKFORD, IL 61104-1188 |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1993 1998  Best Case Solutions, Inc   Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re    LYNN E. FOSTER,                                          Case No. _____ **04 B** _____
       **BARBARA L. FOSTER**

_____Debtors___

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | MILLER ELECTRIC, INC.<br>4539 ZUNI TRAIL<br>ROCKFORD, IL 61101 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | MULTIMEDIA SALES<br>925 N. MILWAUKEE AVENUE<br>WHEELING, IL 60090 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | NAPER AUTO WORKS, INC.<br>320 N. MILL STREET<br>NAPERVILLE, IL 60540 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | NICHOLSON HARDWARE<br>1131 SECOND AVENUE<br>ROCKFORD, IL 61104-2256 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | NMO PARTNERS, LLC<br>301 E. SOMONAUK<br>YORKVILLE, IL 60560 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | NORSTAR MECHANICAL INDUSTRIES<br>2121 - 15TH STREET<br>ROCKFORD, IL 61104 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | NORTHEASTERN IL NECA<br>31W007 NORTH AVENUE<br>SUITE 100<br>WEST CHICAGO, IL 60185 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | OFFICE EQUIPMENT SPECIALISTS<br>800 OGDEN AVE., APT. 5<br>DOWNERS GROVE, IL 60515 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | OGLETREE DEAKINS, NASH, ET AL.<br>ATTN: MARGERY NEWMAN<br>2 FIRST NATIONAL PLAZA, 25TH FLOOR<br>CHICAGO, IL 60603 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | OGLETREE, DEAKINS, NASH ET AL.<br>TWO FIRST NATIONAL PLAZA<br>25TH FLOOR<br>CHICAGO, IL 60603 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | PETERSON BITS, FASTENERS & TOOLS<br>4988 TORQUE ROAD<br>LOVES PARK, IL 61111 |

Sheet   **4**   of   **6**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **LYNN E. FOSTER,**                                    Case No. _____**04 B**_____
        **BARBARA L. FOSTER**

_____
                                    Debtors
## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | POTTER FORM & TIE CO.<br>4521 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | REFLECTIONS II<br>12345 WOODCHUCK DRIVE<br>BELVIDERE, IL 61008 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | RENTAL SERVICE CORPORATION<br>P.O. BOX 840514<br>DALLAS, TX 75284-0514 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ROCKFORD BUSINESS SYSTEMS<br>5452 N. 2ND STREET<br>LOVES PARK, IL 61111 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ROCKFORD INDUSTRIAL WELDING<br>4646 LINDEN ROAD<br>P.O. BOX 5404<br>ROCKFORD, IL 61125-0404 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ROCKFORD RIGGIN<br>5401 MAIN SAIL<br>ROSCOE, IL 61073 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | SIMPLEX GRINNELL<br>DEPT. CH 10320<br>PALATINE, IL 60055-0320 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | SPRINGFIELD ELECTRIC<br>737 N. MADISON STREET<br>P.O. BOX 297<br>ROCKFORD, IL 61105 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | STEINER ELECTRIC<br>135 S. LASALLE, DEPT. 2665<br>CHICAGO, IL 60674-2665 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | THE CABLE COMPANY, INC.<br>498 BONNIE LANE<br>ELK GROVE, IL 60007 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | THE JOSEPH STARK COMPANY<br>3106 FOLIAGE LANE<br>ROCKFORD, IL 61109 |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **LYNN E. FOSTER,**                                        Case No. _____**04 B**_____
        **BARBARA L. FOSTER**

Debtors

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | THE KUEHNE GROUP, INC.<br>5121 DAILETTE DRIVE<br>ROCKFORD, IL 61102 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | THRALL DISTRIBUTION<br>4558 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | TWIN CITY SUPPLY, INC.<br>P.O. BOX 6011<br>ROCKFORD, IL 61125 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | UNIFIED SUPPLY, INC.<br>1211 SOUTH BRIDGE STREET<br>YORKVILLE, IL 60560 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | UNITED RENTALS<br>4 CURRENCY DRIVE<br>BLOOMINGTON, IL 61701 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | WELCH BROTHERS, INC.<br>1000 TOWN HALL ROAD<br>BELVIDERE, IL 61008 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | WINDY CITY WIRE<br>SLOT C-58<br>P.O. BOX 66973<br>CHICAGO, IL 60666-0973 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ATTORNEY DAVID L. WENTWORTH<br>BANK ONE BUILDING<br>124 S.W. ADAMS STREET, SUITE 360<br>PEORIA, IL 61602-1320 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ATTORNEY TOM LESTER<br>RE: ASSOCIATED BANK<br>P.O. BOX 1389<br>ROCKFORD, IL 61105 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | FERGUSON ENTERPRISES, INC.<br>4250 MCFARLAND ROAD<br>LOVES PARK, IL 61111 |
| FOSTER INDUSTRIAL, INC.<br>5347 WILDERNESS TRAIL<br>ROCKFORD, IL 61114 | ATTORNEY MARGERY NEWMAN<br>RE: EESCO<br>TWO 1ST NATIONAL PLAZA, 25TH FLOOR<br>CHICAGO, IL 60603-1891 |

Sheet __**6**__ of __**6**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1993-1998 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **LYNN E. FOSTER,**                     Case No. ____**04 B**_____
        **BARBARA L. FOSTER**

Debtors

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| **Married** | ABIGAIL FOSTER<br>KATHERINE FOSTER<br>BRAD FOSTER | 3 MONTHS<br>5<br>7 | DAUGHTER<br>DAUGHTER<br>SON |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **VP-MARKETING** | **HOMEMAKER** |
| Name of Employer | **MID-STATES CONCRETE PRODUCTS CO** | |
| How long employed | **5 MONTHS** | |
| Address of Employer | **500 S. PARK AVENUE**<br>**S. BELOIT, IL 61080** | |

INCOME: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **8,333.00** | $ **0.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL .................................................. | $ **8,333.00** | $ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security ............................ | $ **2,004.00** | $ **0.00** |
| b. Insurance ............................................. | $ **0.00** | $ **0.00** |
| c. Union dues ........................................... | $ **0.00** | $ **0.00** |
| d. Other (Specify) **UNITED WAY** ........ | $ **43.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS .................... | $ **2,047.00** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY ...................... | $ **6,286.00** | $ **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) .................................................. | $ **0.00** | $ **0.00** |
| Income from real property ................................... | $ **0.00** | $ **0.00** |
| Interest and dividends ...................................... | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above ................................ | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) _____ ............. | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income ................................ | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) _____ ............. | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **6,286.00** | $ **0.00** |

TOTAL COMBINED MONTHLY INCOME     $____**6,286.00**_____        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re   **LYNN E. FOSTER,**                                    Case No. ____**04 B**____
        **BARBARA L. FOSTER**
_____
                              Debtors

# SCHEDULE J -  CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,006.00 |
| Are real estate taxes included?          Yes___X___  No_____ | | |
| Is property insurance included?          Yes_____  No___X___ | | |
| Utilities:  Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 300.00 |
|            Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 60.00 |
|            Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 200.00 |
|            Other    **INSIGHT CABLE/DSL** . . . . . . . | $ | 104.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 300.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 750.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 225.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 150.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 100.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . | $ | 300.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|            Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 39.00 |
|            Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 158.00 |
|            Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 49.00 |
|            Other_____ . . . . . . | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify)_____ . . . . . . | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 442.00 |
|            Other____**YMCA**_____ | $ | 68.00 |
|            Other_____ . . . . . . | $ | 0.00 |
|            Other_____ . . . . . . | $ | 0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . | $ | 0.00 |
| Other_____**FHCC SOCIAL MEMBERSHIP**_____ | $ | 294.00 |
| Other_____**MONTESSORI LEARNING PATH**_____ . . . . . . | $ | 498.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . . | $ | **6,293.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | N/A |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | N/A |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | N/A |
| D. Total amount to be paid into plan each _____ . . . . . . | $ | N/A |
| | (interval) | |

## United States Bankruptcy Court
### Northern District of Illinois

In re    **LYNN E. FOSTER,**
      **BARBARA L. FOSTER**

Case No. _____ **04 B** _____

                 Debtors

Chapter _____ **7** _____


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **38** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.


Date ___9/21/04___

Signature ___*Lynn E. Foster*___
LYNN E. FOSTER
Debtor


Date ___9/21/04___

Signature ___*Barbara L Foster*___
BARBARA L. FOSTER
Joint Debtor


*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LYNN E. FOSTER,**                                    Case No. _____ **04 B** _____
       **BARBARA L. FOSTER**

                                   Debtors        Chapter_____ **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None".** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of the this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from
☐    the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$138,250.00** | **2002 GROSS EARNINGS** |
| **$126,000.00** | **2003 GROSS EARNINGS** |
| **$61,600.00** | **2004 YEAR TO DATE EARNINGS** |

### 2. Income other than from employment or operation of business

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during
☐    the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$-359,085.00** | **2003 BUSINESS LOSSES** |
| **$40,000.00** | **2002 BUSINESS PROFITS** |

**3. Payments to creditors**

None ☐   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| AMCORE BANK, NA. 501 - 7TH STREET ROCKFORD, IL 61104 | MONTHLY | $2,005.75 | $247,500.00 |
| AMCORE BANK, NA. 501 - 7TH STREET ROCKFORD, IL 61104 | MONTHLY | $440.00 | $19,500.00 |
| SWEDISH AMERICAN HOSPITAL 1400 CHARLES STREET ROCKFORD, IL 61104 | SEPTEMBER 16, 2004 | $1,600.00 | $0.00 |

None ■   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| EESCO V. LYNN FOSTER CASE NO.: 03 AR 1325 | COLLECTION | WINNEBAGO COUNTY STATE OF ILLINOIS | PENDING |
| SPRINGFIELD ELECTRIC CO. V. FOSTER CASE NO.: 04 SC 1519 | COLLECTION | WINNEBAGO COUNTY STATE OF ILLINOIS | PENDING |
| EVERGREEN OAK ELECTRIC V. LYNN E. FOSTER, ET AL. CASE NO.: 04 SC 2666 | COLLECTION | COUNTY OF WINNEBAGO STATE OF ILLINOIS | PENDING |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BARRICK SWITZER LAW OFFICE ONE MADISON STREET ROCKFORD, IL 61104** | **SEPTEMBER 16, 2004** | **$1700.00** |

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **NADEEM HANIF & SAMAN BUTT 3855 HERMITAGE TRAIL ROCKFORD, IL 61114** | **MAY 14, 2004** | **FORMER PERSONAL RESIDENCE AT 3855 HERMITAGE TRAIL SOLD FOR $495,000.00** |
| **RANDOM TRANSFEREES** | **APRIL 2004** | **FURNITURE AND HOUSEHOLD GOODS SOLD FOR $3,000.00** |
| **JOHN RUSSELL** | **SEPTEMBER 2004** | **1995 PONTOON BOAT JOINTLY OWNED BY MR. AND MRS. WIEGAND; NET SALE PROCEEDS $3,300.00** |

**11. Closed financial accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
☐   transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **JANUS SECURITIES** | **SECURITIES ACCOUNTS LIQUIDATED; $12,000.00** | **NOVEMBER 2003** |
| **EQUITABLE LIFE INSURANCE COMPANY** | **CASH SURRENDER VALUE ON WHOLE LIFE POLICIES LIQUIDATED; $3,000.00** | **NOVEMBER 2003** |

**12. Safe deposit boxes**

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement
■   of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None   List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **BRAD FOSTER 5347 WILDERNESS TRAIL ROCKFORD, IL 61114** | **ROTH IRA; $1,157.69** | **JANUS SECURITIES.** |
| **KATHERINE FOSTER 5347 WILDERNESS TRAIL ROCKFORD, IL 61114** | **ROTH IRA; $366.98** | **JANUS SECURITIES** |

**15. Prior address of debtor**

None   If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied
☐   during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either
spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3855 HERMITAGE TRAIL ROCKFORD, IL 61114** | **SAME** | **JANUARY 2001 - MAY 2004** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation: a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*[An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.]*

### 16. Nature, location and name of business

None ☐
a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|
| **FOSTER INDUSTRIAL, INC.**<br>**4693 - 27TH AVENUE**<br>**ROCKFORD, IL 61104** | **MILLWRIGHT/ELECTRICAL CONTRACTING** | **NOVEMBER 1997 -**<br>**DECEMBER 2003** |

### 17. Books, records and financial statements

None ■
a. List all bookkeepers and accountants who, within the **six years** immediately preceding the filing of this bankruptcy case, kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS            DATES SERVICES RENDERED

None ■
b. List all firms or individuals who, within the **two years** immediately preceding the filing of this bankruptcy case, have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS            DATES SERVICES RENDERED

None ■
c. List all firms or individuals who, at the time of the commencement of this case, were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME            ADDRESS

None ■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS            DATE ISSUED

### 18. Inventories

None ■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 19. Current Partners, Officers, Directors and Shareholders

None ■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE AND PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**20. Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF WITHDRAWAL |
|---|---|

None
■   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**21. Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____9/21/04_____
Signature _____
LYNN E. FOSTER
Debtor

Date _____9/21/04_____
Signature _____
BARBARA L. FOSTER
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **LYNN E. FOSTER,**
      **BARBARA L. FOSTER**

Case No. _____ **04 B** _____

_____
                            Debtors

Chapter_____ **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . $_____ **1,700.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . $_____ **1,700.00**

    Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ **0.00**

2. The source of compensation paid to me was:

    ■ Debtor          □ Other (*specify*)

3. The source of compensation to be paid to me is:

    ■ Debtor          □ Other (*specify*)

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____ **9/21/04** _____

                                                     
**JASON H. ROCK**
**BARRICK SWITZER LAW OFFICE**
**ONE MADISON STREET**
**ROCKFORD, IL 61104**

**(815) 962-6611**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LYNN E. FOSTER,**
**BARBARA L. FOSTER**

Case No. _____ **04 B** _____

Chapter_____ **7** _____

Debtors

## Verification of Creditor Matrix

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date_____ 9/21/04 _____

Signature _____
LYNN E. FOSTER
Debtor

Date_____ 9/21/04 _____

Signature _____
BARBARA L. FOSTER
Joint Debtor