ACTIVE ELECTRIC SUPPLY CO.
4240 W. LAWRENCE AVE.
CHICAGO, IL 60630


ADI
509 BUSSE ROAD
ELK GROVE, IL 60007


AFFORDABLE CABLING
1726 MOBILEHOME AVENUE
ROCKFORD, IL 61109


ALL CONTRACTORS, INC.
4949 - 26TH AVENUE
ROCKFORD, IL 61109


AMCORE BANK, NA
501 - 7TH STREET
ROCKFORD, IL 61104


AMCORE BANK, NA.
501 - 7TH STREET
ROCKFORD, IL 61104


AMERICAN MARKETING & PUBLISHING
P.O. BOX 801
DEKALB, IL 60115


ATTORNEY DAVID L. WENTWORTH
BANK ONE BUILDING
124 S.W. ADAMS STREET, SUITE 360
PEORIA, IL 61602-1320


ATTORNEY DONALD L. SHRIVER
401 W. STATE STREET
SUITE 701
ROCKFORD, IL 61101-1296


ATTORNEY KEITH HYZER
855 N. MADISON STREET
ROCKFORD, IL 61104

ATTORNEY LAUREN NEWMAN
C/O STEINER ELECTRIC CO.
55 E. MONROE STREET, 40TH FLOOR
CHICAGO, IL 60603


ATTORNEY MARGERY NEWMAN
RE: EESCO
TWO 1ST NATIONAL PLAZA, 25TH FLOOR
CHICAGO, IL 60603-1891


ATTORNEY MICHELLE COURIER
19333 E. GRANT HIGHWAY
P.O. BOX 5
MARENGO, IL 60152


ATTORNEY TOM LESTER
RE: ASSOCIATED BANK
P.O. BOX 1389
ROCKFORD, IL 61105


AUTOMATIC FIRE CONTROLS, INC.
130 ARMORY DRIVE
SOUTH HOLLAND, IL 60473


B&H INDUSTRIES
80 W. SEEGERS
ARLINGTON HEIGHTS, IL 60005


BERTEL PETERSON COMPANY
9902 N. ALPINE ROAD
MACHESNEY PARK, IL 61115


BOC GASES
P.O. BOX 371914
PITTSBURGH, PA 15251-7914


CABLE PLUS, INC.
659 S. ELMWOOD, STE. 100
AURORA, IL 60506


CED CREDIT OFFICE
P.O. BOX 085540
RACINE, WI 53408

CHOICE ONE COMMUNICATIONS
P.O. BOX 1927
ALBANY, NY 12201-1927

CINTAS CORPORATION #355
5100 - 26TH AVENUE
ROCKFORD, IL 61109-1706

CITY OF ROCKFORD
425 E. STATE STREET
ROCKFORD, IL 61104

CRESCENT ELECTRIC SUPPLY CO.
P.O. BOX 6083
ROCKFORD, IL 61125-1083

CREST LIGHTING
ATTN: NORMAN COWIE
P.O. BOX 549
CRESTWOOD, IL 60445

D.B.S. CONTRACTING, INC.
24 WEST 545 LAKE STREET
ROSELLE, IL 60172

DOOR AUTHORITY OF ROCKFORD
9450 FOREST HILLS ROAD
LOVES PARK, IL 61111

DR. STILLWATER COMPANY
11065 RALEGH COURT
MACHESNEY PARK, IL 61115

E.J. CATTANI & SON, INC.
P.O. BOX 485
LADD, IL 61329

ELECTRICAL ENLIGHTENMENT
26765 ROYALTON ROAD
COLUMBIA STATION, OH 44028

ELFCO
7613 WEST 100TH PLACE
BRIDGEVIEW, IL 60455

ENGLEWOOD  
P.O. BOX 802578  
CHICAGO, IL 60680-2578

ENVIRONMENTAL CONTRACTORS OF IL  
P.O. BOX 2071  
LOVES PARK, IL 61130-0071

EQUITABLE OF IOWA  
119 3RD ST., N.E. STE. 333  
CEDAR RAPIDS, IA 52401

EVERGREEN OAK ELECTRIC SUPPLY  
P.O. BOX 549  
CRESTWOOD, IL 60445-0549

FARADAY, LLC  
P.O. BOX 945529  
ATLANTA, GA 30394-5529

FASTENAL COMPANY  
P.O. BOX 978  
WINONA, MN 55987-0978

FERGUSON ENTERPRISES, INC.  
4250 MCFARLAND ROAD  
LOVES PARK, IL 61111

FOX METRO W.R.D.  
682 STATE ROUTE 31  
OSWEGO, IL 60543

GE SUPPLY  
3415 PRECISION DRIVE  
ROCKFORD, IL 61109

GRAINGER EQUIPMENT  
DEPT. 664 - 848282463  
PALATINE, IL 60038-0001

GRAYBAR ELECTRIC COMPANY  
12431 COLLECTIONS CENTER DR.  
CHICAGO, IL 60693

HAAS CONSTRUCTION  
3025 WELDON ROAD  
ROCKFORD, IL 61102

IL DEPT. OF REVENUE  
ATTN: JANE M. STROUD  
200 S. WYMAN  
ROCKFORD, IL 61101

IMPRESSIONS ON HOLD  
51 EAST 42ND STREET  
NEW YORK, NY 10017

J.P. MACHINE SALES, INC.  
4999 TORQUE ROAD  
LOVES PARK, IL 61111

JAY-TRONICS,, INC.  
124-128 NORTH ROCKTON AVENUE  
ROCKFORD, IL 61103-6693

JOHNSTONE SUPPLY  
145 LIVELY BLVD. STE. C  
ELK GROVE, IL 60007

KURT'S AUTO & TRUCK CENTER, INC.  
5730 WANSFORD WAY  
ROCKFORD, IL 61109

LARSON SHEET METAL, INC.  
6419 MATERIAL AVE.  
LOVES PARK, IL 61111-4247

LEE EXCAVATING, INC.  
9822 QUEEN OAKS DRIVE  
MACHESNEY PARK, IL 61111

LIEBOVICH STEEL & ALUMINUM CO.  
75 REMITTANCE DRIVE  
SUITE 1514  
CHICAGO, IL 60675-1514

MACGREGOR AUTOMATION CONTROLS  
41W116 PALOMINO DRIVE  
ST. CHARLES, IL 60175

MATERIAL HANDLING SERVICES, INC.
4414 - 11TH STREET
ROCKFORD, IL 61109


MEDRANO'S LANDSCAPE
LOCKPORT, IL 60441


METROLIFT, INC.
679 HEARTLAND DRIVE
SUGAR GROVE, IL 60554


MID-WEST ASSOCIATED, INC.
225 SOUTH 6TH STREET
ROCKFORD, IL 61104-1188


MILLER ELECTRIC, INC.
4539 ZUNI TRAIL
ROCKFORD, IL 61101


MULTIMEDIA SALES
925 N. MILWAUKEE AVENUE
WHEELING, IL 60090


NAPER AUTO WORKS, INC.
320 N. MILL STREET
NAPERVILLE, IL 60540


NICHOLSON HARDWARE
1131 SECOND AVENUE
ROCKFORD, IL 61104-2256


NMO PARTNERS, LLC
301 E. SOMONAUK
YORKVILLE, IL 60560


NORSTAR MECHANICAL INDUSTRIES
2121 - 15TH STREET
ROCKFORD, IL 61104


NORTHEASTERN IL NECA
31W007 NORTH AVENUE
SUITE 100
WEST CHICAGO, IL 60185

```
OFFICE EQUIPMENT SPECIALISTS
800 OGDEN AVE., APT. 5
DOWNERS GROVE, IL 60515


OGLETREE DEAKINS, NASH, ET AL.
ATTN: MARGERY NEWMAN
2 FIRST NATIONAL PLAZA, 25TH FLOOR
CHICAGO, IL 60603


OGLETREE, DEAKINS, NASH ET AL.
TWO FIRST NATIONAL PLAZA
25TH FLOOR
CHICAGO, IL 60603


PETERSON BITS, FASTENERS & TOOLS
4988 TORQUE ROAD
LOVES PARK, IL 61111


POTTER FORM & TIE CO.
4521 PAYSPHERE CIRCLE
CHICAGO, IL 60674


REFLECTIONS II
12345 WOODCHUCK DRIVE
BELVIDERE, IL 61008


RENTAL SERVICE CORPORATION
P.O. BOX 840514
DALLAS, TX 75284-0514


ROCKFORD BUSINESS SYSTEMS
5452 N. 2ND STREET
LOVES PARK, IL 61111


ROCKFORD INDUSTRIAL WELDING
4646 LINDEN ROAD
P.O. BOX 5404
ROCKFORD, IL 61125-0404


ROCKFORD RIGGIN
5401 MAIN SAIL
ROSCOE, IL 61073
```

```
SIMPLEX GRINNELL
DEPT. CH 10320
PALATINE, IL 60055-0320


SPRINGFIELD ELECTRIC
737 N. MADISON STREET
P.O. BOX 297
ROCKFORD, IL 61105


STEINER ELECTRIC
135 S. LASALLE, DEPT. 2665
CHICAGO, IL 60674-2665


THE CABLE COMPANY, INC.
498 BONNIE LANE
ELK GROVE, IL 60007


THE JOSEPH STARK COMPANY
3106 FOLIAGE LANE
ROCKFORD, IL 61109


THE KUEHNE GROUP, INC.
5121 DAILETTE DRIVE
ROCKFORD, IL 61102


THRALL DISTRIBUTION
4558 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


TWIN CITY SUPPLY, INC.
P.O. BOX 6011
ROCKFORD, IL 61125


UNIFIED SUPPLY, INC.
1211 SOUTH BRIDGE STREET
YORKVILLE, IL 60560


UNITED RENTALS
4 CURRENCY DRIVE
BLOOMINGTON, IL 61701


WELCH BROTHERS, INC.
1000 TOWN HALL ROAD
BELVIDERE, IL 61008
```

```
WINDY CITY WIRE
SLOT C-58
P.O. BOX 66973
CHICAGO, IL 60666-0973
```