**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 04–74841**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Lynn E Foster  
5347 Wilderness Trail  
Rockford, IL 61114

Barbara L Foster  
5347 Wilderness Trail  
Rockford, IL 61114

Social Security No.:  
xxx–xx–9265

xxx–xx–2170

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: January 25, 2005

Kenneth S. Gardner, Clerk  
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: kmarko                Page 1 of 2          Date Rcvd: Jan 25, 2005
Case: 04-74841                Form ID: b18                Total Served: 92


The following entities were served by first class mail on Jan 27, 2005.
db         +Lynn E Foster,    5347 Wilderness Trail,    Rockford, IL 61114-7009
jdb        +Barbara L Foster,    5347 Wilderness Trail,    Rockford, IL 61114-7009
aty        +Brian T Miller,    10 North Dearborn - 4th Floor,    Chicago, IL 60602-4276
aty        +Jason H Rock,    Barrick Switzer Law Office,    One Madison Street,    Rockford, IL 61104-1100
tr         +Bernard J Natale,    Bernard J. Natale, Ltd.,    308 W State St Ste 470,    Rockford, IL 61101-1157
8529575    +ACTIVE ELECTRIC SUPPLY CO.,    4240 W. LAWRENCE AVE.,    CHICAGO, IL 60630-2798
8529576    +ADI,    509 BUSSE ROAD,    ELK GROVE, IL 60007-2116
8529577    +AFFORDABLE CABLING,    1726 MOBILEHOME AVENUE,    ROCKFORD, IL 61109-3060
8529578    +ALL CONTRACTORS, INC.,    4949 - 26TH AVENUE,    ROCKFORD, IL 61109-1681
8529579    +AMCORE BANK, NA,    501 - 7TH STREET,    ROCKFORD, IL 61104-1200
8529581    +AMERICAN MARKETING & PUBLISHING,    P.O. BOX 801,    DEKALB, IL 60115-0801
8529582    +ATTORNEY DAVID L. WENTWORTH,    BANK ONE BUILDING,    124 S.W. ADAMS STREET, SUITE 360,
             PEORIA, IL 61602-2321
8529583     ATTORNEY DONALD L. SHRIVER,    401 W. STATE STREET,    SUITE 701,    ROCKFORD, IL 61101-1296
8529584    +ATTORNEY KEITH HYZER,    855 N. MADISON STREET,    ROCKFORD, IL 61107-3015
8529585    +ATTORNEY LAUREN NEWMAN,    C/O STEINER ELECTRIC CO.,    55 E. MONROE STREET, 40TH FLOOR,
             CHICAGO, IL 60603-5713
8529586    +ATTORNEY MARGERY NEWMAN,    RE: EESCO,    TWO 1ST NATIONAL PLAZA, 25TH FLOOR,
             CHICAGO, IL 60603-1802
8529587    +ATTORNEY MICHELLE COURIER,    19333 E. GRANT HIGHWAY,    P.O. BOX 5,    MARENGO, IL 60152-0005
8529588    +ATTORNEY TOM LESTER,    RE: ASSOCIATED BANK,    P.O. BOX 1389,    ROCKFORD, IL 61105-1389
8529589    +AUTOMATIC FIRE CONTROLS, INC.,    130 ARMORY DRIVE,    SOUTH HOLLAND, IL 60473-2817
8529590    +B&H INDUSTRIES,    80 W. SEEGERS,    ARLINGTON HEIGHTS, IL 60005-3917
8529591    +BERTEL PETERSON COMPANY,    9902 N. ALPINE ROAD,    MACHESNEY PARK, IL 61115-8211
8529592     BOC GASES,    P.O. BOX 371914,    PITTSBURGH, PA 15251-7914
8697031    +Brian T. Miller for Miller Electric, Inc.,    10 N. Dearborn - 4th Floor,    Chicago, IL 60602-4276
8529593    +CABLE PLUS, INC.,    659 S. ELMWOOD, STE. 100,    AURORA, IL 60506-5465
8529594    +CED CREDIT OFFICE,    P.O. BOX 085540,    RACINE, WI 53408-5540
8529595     CHOICE ONE COMMUNICATIONS,    P.O. BOX 1927,    ALBANY, NY 12201-1927
8529596    +CINTAS CORPORATION #355,    5100 - 26TH AVENUE,    ROCKFORD, IL 61109-1792
8529597    +CITY OF ROCKFORD,    425 E. STATE STREET,    ROCKFORD, IL 61104-1068
8529598     CRESCENT ELECTRIC SUPPLY CO.,    P.O. BOX 6083,    ROCKFORD, IL 61125-1083
8529599    +CREST LIGHTING,    ATTN: NORMAN COWIE,    P.O. BOX 549,    CRESTWOOD, IL 60445-0549
8603641    +Citi Cards,    POB 6000,    The Lakes, NV 89163-0001
8529600     D.B.S. CONTRACTING, INC.,    24 WEST S4 LAKE STREET,    ROSELLE, IL 60172
8529601    +DOOR AUTHORITY OF ROCKFORD,    9450 FOREST HILLS ROAD,    LOVES PARK, IL 61111-1943
8529602    +DR. STILLWATER COMPANY,    11065 RALEGH COURT,    MACHESNEY PARK, IL 61115-1416
8529603    +E.J. CATTANI & SON, INC.,    P.O. BOX 485,    LADD, IL 61329-0485
8529604    +ELECTRICAL ENLIGHTENMENT,    26765 ROYALTON ROAD,    COLUMBIA STATION, OH 44028-9704
8529605    +ELFCO,    7613 WEST 100TH PLACE,    BRIDGEVIEW, IL 60455-2431
8529606     ENGLEWOOD,    P.O. BOX 802578,    CHICAGO, IL 60680-2578
8529607     ENVIRONMENTAL CONTRACTORS OF IL,    P.O. BOX 2071,    LOVES PARK, IL 61130-0071
8529608    +EQUITABLE OF IOWA,    119 3RD ST., N.E. STE. 333,    CEDAR RAPIDS, IA 52401-1161
8529609     EVERGREEN OAK ELECTRIC SUPPLY,    P.O. BOX 549,    CRESTWOOD, IL 60445-0549
8529610    +FARADAY, LLC,    P.O. BOX 945529,    ATLANTA, GA 30394-5529
8529611     FASTENAL COMPANY,    P.O. BOX 978,    WINONA, MN 55987-0978
8529612    +FERGUSON ENTERPRISES, INC.,    4250 MCFARLAND ROAD,    LOVES PARK, IL 61111-4406
8529613    +FOX METRO W.R.D.,    682 STATE ROUTE 31,    OSWEGO, IL 60543-8919
8529614    +GE SUPPLY,    3415 PRECISION DRIVE,    ROCKFORD, IL 61109-2771
8529615     GRAINGER EQUIPMENT,    DEPT. 664 - 848282463,    PALATINE, IL 60038-0001
8529616    +GRAYBAR ELECTRIC COMPANY,    12431 COLLECTIONS CENTER DR.,    CHICAGO, IL 60693-0124
8529617    +HAAS CONSTRUCTION,    3025 WELDON ROAD,    ROCKFORD, IL 61102-3645
8529618    +IL DEPT. OF REVENUE,    ATTN: JANE M. STROUD,    200 S. WYMAN,    ROCKFORD, IL 61101-1237
8529619    +IMPRESSIONS ON HOLD,    51 EAST 42ND STREET,    NEW YORK, NY 10017-5404
8529620    +J.P. MACHINE SALES, INC.,    4999 TORQUE ROAD,    LOVES PARK, IL 61111-7168
8529621    +JAY-TRONICS,, INC.,    124-128 NORTH ROCKTON AVENUE,    ROCKFORD, IL 61103-6644
8529622    +JOHNSTONE SUPPLY,    145 LIVELY BLVD. STE. C,    ELK GROVE, IL 60007-1635
8529623    +KURT'S AUTO & TRUCK CENTER, INC.,    5730 WANSFORD WAY,    ROCKFORD, IL 61109-7508
8529624     LARSON SHEET METAL, INC.,    6419 MATERIAL AVE.,    LOVES PARK, IL 61111-4247
8529625    +LEE EXCAVATING, INC.,    9822 QUEEN OAKS DRIVE,    MACHESNEY PARK, IL 61115-1502
8529626     LIEBOVICH STEEL & ALUMINUM CO.,    75 REMITTANCE DRIVE,    SUITE 1514,    CHICAGO, IL 60675-1514
8529627    +MACGREGOR AUTOMATION CONTROLS,    41W116 PALOMINO DRIVE,    ST. CHARLES, IL 60175-5725
8529628    +MATERIAL HANDLING SERVICES, INC.,    4414 - 11TH STREET,    ROCKFORD, IL 61109-3632
8529629     MEDRANO'S LANDSCAPE,    LOCKPORT, IL 60441
8529630    +METROLIFT, INC.,    679 HEARTLAND DRIVE,    SUGAR GROVE, IL 60554-9594
8529631    +MID-WEST ASSOCIATED, INC.,    225 SOUTH 6TH STREET,    ROCKFORD, IL 61104-2135
8529632    +MILLER ELECTRIC, INC.,    4539 ZUNI TRAIL,    ROCKFORD, IL 61101-6062
8529633     MULTIMEDIA SALES,    925 N. MILWAUKEE AVENUE,    WHEELING, IL 60090
8529634    +NAPER AUTO WORKS, INC.,    320 N. MILL STREET,    NAPERVILLE, IL 60540-4440
8529635     NICHOLSON HARDWARE,    1131 SECOND AVENUE,    ROCKFORD, IL 61104-2256
8529636    +NMO PARTNERS, LLC,    301 E. SOMONAUK,    YORKVILLE, IL 60560-1196
8529637     NORSTAR MECHANICAL INDUSTRIES,    2121 - 15TH STREET,    ROCKFORD, IL 61104-7310
8529638    +NORTHEASTERN IL NECA,    31W007 NORTH AVENUE,    SUITE 100,    WEST CHICAGO, IL 60185-1090
8529639    +OFFICE EQUIPMENT SPECIALISTS,    800 OGDEN AVE. APT. 5,    DOWNERS GROVE, IL 60515-2900
8529640    +OGLETREE DEAKINS, NASH, ET AL.,    ATTN: MARGERY NEWMAN,    2 FIRST NATIONAL PLAZA, 25TH FLOOR,
             CHICAGO, IL 60603-1802
8529641    +OGLETREE, DEAKINS, NASH ET AL.,    TWO FIRST NATIONAL PLAZA,    25TH FLOOR,    CHICAGO, IL 60603-1802
8529642    +PETERSON BITS, FASTENERS & TOOLS,    4988 TORQUE ROAD,    LOVES PARK, IL 61111-7163
8529643    +POTTER FORM & TIE CO.,    4521 PAYSPHERE CIRCLE,    CHICAGO, IL 60674-0045
8529644    +REFLECTIONS II,    12345 WOODCHUCK DRIVE,    BELVIDERE, IL 61008-7051
8529645    +RENTAL SERVICE CORPORATION,    P.O. BOX 840514,    DALLAS, TX 75284-0514
8529646    +ROCKFORD BUSINESS SYSTEMS,    5452 N. 2ND STREET,    LOVES PARK, IL 61111-5011
8529647     ROCKFORD INDUSTRIAL WELDING,    4646 LINDEN ROAD,    P.O. BOX 5404,    ROCKFORD, IL 61125-0404
```

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

```
District/off: 0752-3         User: kmarko              Page 2 of 2              Date Rcvd: Jan 25, 2005
Case: 04-74841               Form ID: b18              Total Served: 92

 8529648    +ROCKFORD RIGGIN,    5401 MAIN SAIL,    ROSCOE, IL 61073-8669
 8529649    +SIMPLEX GRINNELL,    DEPT. CH 10320,    PALATINE, IL 60055-0001
 8529650    +SPRINGFIELD ELECTRIC,    737 N. MADISON STREET,    P.O. BOX 297,    ROCKFORD, IL 61105-0297
 8529651     STEINER ELECTRIC,    135 S. LASALLE, DEPT. 2665,    CHICAGO, IL 60674-2665
 8529652    +THE CABLE COMPANY, INC.,    498 BONNIE LANE,    ELK GROVE, IL 60007-1908
 8529653    +THE JOSEPH STARK COMPANY,    3106 FOLIAGE LANE,    ROCKFORD, IL 61109-2418
 8529654    +THE KUEHNE GROUP, INC.,    5121 DAILETTE DRIVE,    ROCKFORD, IL 61102-4903
 8529655    +THRALL DISTRIBUTION,    4558 COLLECTIONS CENTER DRIVE,    CHICAGO, IL 60693-0045
 8529656    +TWIN CITY SUPPLY, INC.,    P.O. BOX 6011,    ROCKFORD, IL 61125-1011
 8529657    +UNIFIED SUPPLY, INC.,    1211 SOUTH BRIDGE STREET,    YORKVILLE, IL 60560-9137
 8529658    +UNITED RENTALS,    4 CURRENCY DRIVE,    BLOOMINGTON, IL 61704-9632
 8529659    +WELCH BROTHERS, INC.,    1000 TOWN HALL ROAD,    BELVIDERE, IL 61008-6300
 8529660     WINDY CITY WIRE,    SLOT C-58,    P.O. BOX 66973,    CHICAGO, IL 60666-0973
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr          Miller Electric, Inc.
 8529580*   +AMCORE BANK, NA.,    501 - 7TH STREET,    ROCKFORD, IL 61104-1200
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2005**          **Signature:** _Joseph Speetjens_